DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JEROME WANTO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-2383

[January 27, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Daliah H. Weiss, Judge; L.T. Case Nos. 2016-CF-011505-AXXX-MB, 2016-CF-011507-AXXX-MB, 2016-CF-011508-AXXX-MB, 2016-CF-011778-AXXX-MB, 2016-CF-012206-AXXX-MB, 2016-CF-007558-AXXX-MB.

Jerome Wanto, Macclenny, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, LEVINE and FORST, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***